GEORGE V. EISLER, Respondent, *v.* EUGENE SOSKIN, Appellant.

Submitted January 12, 1948; decided March 11, 1948.

*Isidor Enselman* and *Bernard A. Rosenblatt* for appellant.
*George A. Spiegelberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.